Theodore W. Chandler (Bar No. 219456)
<Ted.Chandler@BakerBotts.com>
Baker BOTTS L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (213) 202-5702

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

*Attorneys for Plaintiff KISS Nail Products, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KISS Nail Products, Inc.,<br>*Plaintiff*,<br>vs.<br>Ardell International, Inc.,<br>*Defendant*. | No. 2:26-CV-11118<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |

TO THE COURT AND ALL COUNSEL OF RECORD:

Pursuant to Local Rule 83-1.3.1, the undersigned counsel of record for Plaintiff KISS Nail Products, Inc. ("KISS") hereby gives notice that the above-captioned case is a Related Case, as defined by Local Rule 83-1.3.1, to the case captioned *KISS Nail Products, Inc. v. Ardell International, Inc.*, No. 2:25-cv-02793-SVW-MBK ("*Ardell I*"), which was filed in this Court and assigned to the Honorable Stephen V. Wilson on April 1, 2025.

This is a Related Case at least because the two parties are identical; the asserted patent in this case, U.S. Patent No. 12,672,687 ("the '687 Patent"), is a continuation of U.S. Patent No. 12,171,288 ("the '288 Patent"), which was the asserted patent in *Ardell I* before Judge Wilson, and thus the two patents share identical figures and descriptions; and the products accused of infringing in this case (i.e., artificial eyelashes) are the same type of products accused of infringing in the previous *Ardell I* case. The relationship between the two cases is also discussed in ¶¶ 49–54 and 111–40 of the Complaint in this case.

As a result, the two cases (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; and (c) could entail substantial duplication of labor if heard by a different judge.

Dated: September 25, 2026

By: /s/ Theodore W. Chandler

Theodore W. Chandler (Bar No. 219456)
<Ted.Chandler@BakerBotts.com>
BAKER BOTTS L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (213) 202-5702

Thomas C. Martin (*pro hac vice* forthcoming)
<Tommy.Martin@BakerBotts.com>
Lauren J. Dreyer (*pro hac vice* forthcoming)
<Lauren.Dreyer@BakerBotts.com>
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
Telephone: (202) 639-7700

*Attorneys for Plaintiff*
*KISS Nail Products, Inc.*